The People of the State of New York, 
against
Meizhen Chen, Defendant-Appellant.



In consolidated appeals, defendant appeals from two judgments of the Criminal Court of the City of New York, New York County (Charlotte E. Davidson, J. at plea; Joanne B. Watters, J. at sentencing), each rendered March 16, 2017, convicting him, upon his pleas of guilty, of two counts of disorderly conduct, and imposing sentence.




Per Curiam.
Judgments of conviction (Charlotte E. Davidson, J. at plea; Joanne B. Watters, J. at sentencing), each rendered March 16, 2017, modified, on the law, to vacate the orders of protection dated November 17, 2016 under docket numbers 2016NY035827 and 2016NY042052; as modified, judgments of conviction affirmed.
As the People concede, the November 17, 2016 orders of protection, issued four months before defendant was sentenced and which purport to be effective for more than two years after the date of sentence, must be vacated (see CPL 530.13[4]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 15, 2019